UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
DIVISION: MIAMI

IN RE:
JORGE LUIS AGUILERA                    PROCEEDINGS UNDER CHAPTER 13
                                       CASE NO.: 16-17060-BKC-LMI
             DEBTOR(S)        /

## MOTION TO PAYOFF CHAPTER 13 PLAN

**COMES NOW**, the Debtor, Jorge Luis Aguilera, by and through the undersigned counsel and files this Motion to Payoff Chapter 13 Plan and states as follows:

1. Debtor filed for Chapter 13 bankruptcy relief on May 17, 2016.
2. Debtor Chapter 13 Plan was confirmed on August 15, 2016.
3. That according to official form 122-A, no disposable income was determined at the time of filing and the applicable commitment period is 3 years.
4. That the debtor is currently in month 50 of this Bankruptcy case.
5. The Debtor wishes to Pay-off the balance due in the plan, for this Payoff the debtor will use funds received as his 2019 Tax Refund.

WHEREFORE, the Debtor, Jorge Luis Aguilera, respectfully requests to this Honorable Court that this Motion to Payoff Chapter 13 Plan be GRANTED.

I Hereby Certify that I am admitted to the Bar of the United States District Court for the Southern District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in the Court set forth in Local Rule 2090-1 (A).

Respectfully submitted,

**Law Offices of Patrick L Cordero, Esq.**
*Attorney for Debtor*
7333 Coral Way
Miami, Florida 33155
Tel: (305) 445-4855

  /s/ (FILED ECF)              (The Debtor's Attorney)
Patrick L. Cordero, Esq., FL Bar No. 801992